DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

HEJAZI, MIR HOSSAIN

Debtor(s)

Chapter 13
Case No. 09-58746 ASW

TRUSTEE'S OBJECTION TO CONFIRMATION WITH CERTIFICATE OF SERVICE

341 Meeting: Date:NOVEMBER 13, 2009
Pre-Hearing Conference Date: JANUARY 11, 2010
Pre-Hearing Conference Time: 2:00 PM
Place: 280 S. 1st Street
        San Jose, CA Room 3020
Judge: WEISSBRODT

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 0% Plan for the following reasons:

1. The Trustee is unable to perform her duties under 11 U.S.C. § 1302 (a)(b)( and (c) because the debtor has not provided her with business examination documents. Until all of the requested documents have been provided, she is unable to recommend confirmation of the proposed plan.

2. The debtor has failed to comply with Fed. R. Bankr. P. 3015 because the Chapter 13 Plan was not filed with the Petition, and was not filed in time to be served with the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines. The debtor must serve

all creditors with the Chapter 13 Plan, along with the applicable "Notice to Creditors Regarding Plan Provisions," and the "Order Establishing Procedures for Objection to Confirmation."

3. It is unclear whether the plan complies with the disposable income test in 11 U.S.C. § 1325 (b)(1)(B). The debtor has failed to file a Statement of Current Monthly Income.

4. It appears that the debtor's interest in Bay Glass Co, Inc. has been omitted from Schedule B.

5. The Trustee requests that the debtor provide a copy of the Corporate Tax Return for Bay Glass Co, Inc. for 2008.

6. The debtor has failed to comply with 11 U.S.C. § 521 (e)(2)(A)(i) and (B). The debtor must provide the Trustee with a copy of the debtor's 2008 Federal Income Tax Return.

Dated: November 9, 2009 /S/ Devin Derham-Burk

Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on November 9, 2009.

Said envelopes were addressed as follows:

| | |
|---|---|
| MIR HOSSAIN HEJAZI<br>3866 BALDWIN CRT<br>SANTA CLARA, CA  95051 | SAGARIA LAW, PC<br>333 W SAN CARLOS ST, STE 1625<br>SAN JOSE, CA  95110 |

/S/   Jeni Thielmann
Office of Devin Derham-Burk, Trustee